AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRIAN ZAHN,
        Plaintiff,

v.

DR. FRANCIS HARVEY, Acting Secretary, Department of Army,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-03-0356-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant with prejudice pursuant to the Findings of Fact and Conclusions of Law entered on December 31, 2008, Ct. Rec. 230.

| | |
|---|---|
| December 31, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |